**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATALY MENDOZA & DAVID FLORES RIOS as Special Administrators of the Estate of MARTHA RABADAN, and NATALY MENDOZA as Special Administrator of the Estates of MARIA MENDOZA and IGNACIO CASTRO, Decedents,<br><br>Plaintiffs,<br><br>vs.<br><br>JUJHAR SINGH and BSB TRANSPORT, INC.,<br><br>Defendants. | No.   1:19-cv-3952<br><br>Honorable Charles R Norgle |

## ORDER TO DISMISS WITHOUT PREJUDICE

This matter coming before the Court on defendants' motion to dismiss based on lack of personal jurisdiction, the court being fully advised in the premises and the parties having stipulated to the terms of this court order, **IT IS HEREBY ORDERED:** plaintiff's complaint at law pending in the Northern District of Illinois is dismissed without prejudice to plaintiff being allowed to refile the cause of action in the United States District Court for the Eastern District of Missouri.

DATE: _____         _____
                              HONORABLE CHARLES R NORGLE