**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATALY MENDOZA, as Special Administrator of the Estates of MARTHA RABADAN, MARIA MENDOZA, and IGNACIO CASTRO, Decedents, <br><br> Plaintiff, <br><br> vs. <br><br> JUJHAR SINGH; BSB TRANSPORT, INC.; and RELIABLE TRANSPORTATION SOLUTIONS, LLC, <br><br> Defendants. | Case No. 1:19-cv-03952 <br><br> Hon. District Judge Charles R. Norgle |

## NOTICE OF MOTION

TO: Patrick Flaherty, Kinnally Flaherty Krentz & Loran, P.C.,
2114 Deerpath Road, Aurora, IL 60506 pflaherty@kfkllaw.com

PLEASE TAKE NOTICE that on January 31, 2020, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge Charles R. Norgle or any other judge sitting in his stead in Room 2341 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois and shall then and there present Defendants Jujhar Singh and BSB Transport, Inc.'s *Motion for Court Order*, a copy of which was previously served upon you.

Dated: January 23, 2020

Respectfully submitted,

CAMELI & HOAG

/s/ *Perry W. Hoag*
Perry Hoag (#6194385)
CAMELI & HOAG, P.C.
105 West Adams Street, Suite 1430
Chicago, Illinois 60603
(312) 726-7300
phoag@camelihoaglaw.com
*Attorneys for Defendants Jujhar Singh and BSB Transport, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 23, 2020, he filed the foregoing document via this Court's CM/ECF system, which will provide service on all parties of record.

/s/ *Perry W. Hoag*